HELEN KAYSER, as Administratrix of the Estate of CARL KAYSER, Deceased, Respondent, *v.* 150 EAST 52ND STREET, INC., et al., Appellants, Impleaded with Others.

*Negligence — building — elevators — death of employee on building from falling down hoistway.*

*Kayser* v. *150 East 52nd St., Inc.,* 220 App. Div. 749, affirmed.
(Argued January 17, 1928; decided February 14, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial

department, entered May 14, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants. Intestate, an employee of a plumbing contractor, while at work in a building in the course of construction fell into an unguarded hoistway and was killed.

*Fred H. Rees, Walter G. Evans, William G. Walsh* and *Alfred W. Andrews* for 150 East 52nd Street, Inc., appellant.

*Everett W. Bovard* and *Norman G. Hewitt* for George Colon & Co., appellant.

*Jerome Steiner* and *Anna M. Kross* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.